RECEIVED
MAY 19 2023
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs. Shawn Brown

Jay H Lucas PhD

Defendant(s).

Case No. 23-cv-1464 WMW/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐    NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Shawn Brown
   Street Address 425 N 27th Ave W
   County, City St Cloud, MN 55896
   State & Zip Code Saint Louis County
   Telephone Number 320-406-4438

SCANNED
MAY 19 2023
U.S. DISTRICT COURT DULUTH

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

   Name: Jay H Lucas
   Street Address: 47665 Sunrise Dr
   County, City: Solway, MN 56678
   State & Zip Code: Beltrami County

   b. Defendant No. 2

   Name: North Shore Forensic Psychology
   Street Address: Dr Travis Tomford, 10 E Superior St.
   County, City: #202
   State & Zip Code: Duluth, MN 55802, Saint Louis County

   c. Defendant No. 3

   Name: NuWay
   Street Address: 4615 Grand Ave #300
   County, City: Duluth, MN 55807
   State & Zip Code: Saint Louis County

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

   Stalking         Malpractice
   Fraud

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name: Shawn Brown       State of Citizenship: MN

   Defendant No. 1: Jay H Lucas      State of Citizenship: MN

   Defendant No. 2: Travis Tomford   State of Citizenship: MN

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [X]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [X] Defendant(s) reside in Minnesota   [ ] Facts alleged below primarily occurred in Minnesota

   [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. Dr Lucas is part of gang stalking me, he has $800,000,000.00 in Life Insurance on me thru Grant Gryzbowski

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Signed this \_\_\_      day of _____ \_\_\_\_

                    Signature of Plaintiff _____

                    Mailing Address

                    Telephone Number

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.